UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROLINE M. CATZ,

               Plaintiff,

     v.

PRECISION GLOBAL CONSULTING
("PGC"), D2 LEGAL TECHNOLOGY, *and*
SELBY JENNINGS *a/k/a* PHAIDON
INTERNATIONAL*,*

               Defendants.

**ORDER**

19-cv-7499 (ER)

RAMOS, D.J.

     On April 23, 2021, this action was stayed pending arbitration.  Doc. 61.  The parties were instructed to advise the Court within forty-eight hours of the outcome of the arbitration.  *Id*.  Since then, however, there has been no activity in the case.

     The parties are instructed to submit a joint status report by **April 16, 2026**.

     It is SO ORDERED.

Dated:  April 9, 2026
       New York, New York

_____
     Edgardo Ramos, U.S.D.J.